UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALD OSCAR, Individually and On Behalf Of All Others Similarly Situated,

    Plaintiff,

v.

BMW OF NORTH AMERICA, LLC,

    Defendant.

Civil Action No. 09-CV-00011 (RJH)

ECF Case



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/10

**REVISED [~~PROPOSED~~] JOINT SCHEDULING ORDER**

Whereas, by Discovery Order (the "Order") dated June 5, 2009, amended in part by order dated December 4, 2009, the Court approved the discovery plan jointly submitted by Plaintiff Gerald Oscar ("Plaintiff") and Defendants BMW of North America, LLC ("BMW NA") and The Goodyear Tire and Rubber Company, Inc. ("Goodyear");

Whereas, by Order dated March 16, 2010, filed on March 17, 2010 the Court dismissed Goodyear from this Action and ordered that Plaintiff and BMW NA submit a revised joint scheduling order;

Whereas, Plaintiff and Defendant BMW NA, by and through their undersigned counsel, have met and conferred;

It is hereby STIPULATED and AGREED that Section B of the Order shall be amended as follows:

1

**Proposed Case Management Plan.**

i. **Pending Motions [decided as of March 16, 2010]**

   BMW NA will file a motion to dismiss all claims except N.Y. G.B.L. § 349 and §350 claims, and to strike overbroad class allegations. Goodyear will file a motion to dismiss all claims.   Completed.

ii. **Proposed cut-off date for Joinder of Additional Parties:**   Completed.

iii. **Proposed cut-off date for Amending Pleadings:**   Completed.

iv. **Discovery Dates:**

   a. **Rule 26(a)(1) Disclosures:**   Completed.

   b. **Submission of Protective Order Governing Confidential Disclosures:**   Completed.

   c. **Fact Discovery End Date:**   January 13, 2011

   Class Certification Discovery End Date:   Completed.

   d. **Rule 26(a)(2) [Expert] Disclosures:**

   Class Certification Expert Discovery – Complete by:   August 13, 2010

   1. Affirmative Class Cert. Experts Reports:   May 28, 2010
   2. Responsive Class Cert. Experts Reports:   July 15, 2010
   3. Class Cert. Experts Depositions Complete:   August 13, 2010

   Fact/Merits Experts Discovery- Complete by:   April 21, 2011

   4. Affirmative Merits Experts Reports:   February 14, 2011
   5. Responsive Merits Experts Reports:   March 15, 2011
   6. Merits Experts Depositions Complete by:   April 21, 2011

v. **Motion Filing Dates:**

   1. Class Certification Motion:   August 30, 2010
      Opposition:   September 28, 2010
      Reply:   October 12, 2010

   2. Dispositive/Summary Judgment:   May 2, 2011

|  |  |
|---|---|
| Opposition: | June 2, 2011 |
| Reply | June 17, 2011 |

vi. **Final Pre-Trial Order:** July 1, 2011
vii. **Trial Schedule:** T/B/D
  a. Jury Trial: Plaintiff requested
  b. Probable length of trial: t/b/d
  c. When will case be trial ready: July 2011

By: /s/ Stephen T. Rodd
Stephen T. Rodd, Esq.
srodd@abbeyspanier.com
Karin E. Fisch
kfisch@abbeyspanier.com
Orin Kurtz, Esq.
okurtz@abbeyspanier.com
James S. Burrell, Esq.
jburrell@abbeyspanier.com
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

Attorneys for Plaintiff

April 2, 2010

**SO ORDERED.**

Dated: New York, New York
April _6_, 2010

By: /s/ Rosemary Bruno (w/ permission Orin Kurtz)
Rosemary J. Bruno, Esq.
rosemary.bruno@bipc.com
Christopher J. Dalton, Esq.
christopher.dalton@bipc.com
Peter M. Avery, Esq.
peter.avery@bipc.com
Buchanan Ingersoll & Rooney PC
550 Broad Street, Suite 810
Newark, New Jersey 07102

Attorneys for BMW of North America, LLC

Date: April 2, 2010

*A hearing on the class certification motion will be held on December 17 2010 at 11:30 am.*

/s/ Richard J. Holwell
Richard J. Holwell
United States District Judge

3