USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GERALD OSCAR, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-v-

BMW OF NORTH AMERICA, LLC et al.,

                Defendants.

------------------------------------------------------------X

09 Civ. 11 (PAE)

<u>OPINION & ORDER</u>

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from plaintiff's counsel requesting, with defendants' consent, that it be permitted to file under seal certain documents appended to its renewed motion for class certification. Specifically, plaintiff requests that the Court (1) permit Exhibit I to the February 10, 2012 Declaration of Orin Kurtz to be filed under seal, and (2) permit redactions on page 6 of plaintiff's February 10, 2012 memorandum of law. Plaintiff notes that in its previous motion for class certification, the Hon. Richard J. Holwell, to whom this case was then assigned, permitted identical sealing and redaction.

    The requests are GRANTED. Plaintiff is permitted to file Exhibit I under seal, and the plaintiff may file a memorandum of law with the redactions identified in plaintiff's letter.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 29, 2012
       New York, New York